In the Matter of the Petition of CITIZENS NATIONAL BANK AND TRUST COMPANY OF FULTON, as Sole Trustee under the Last Will and Testament of EDWIN R. REDHEAD, for Determination as to the Construction, etc., of a Trust Created under the Provisions Contained in the Last Will and Testament of EDWIN R.

REDHEAD, etc.— Decree affirmed, without costs of this appeal to any party. All concur. (The decree construes a will.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.